IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 23-CR-1013 |
| vs. | ) | |
| MAURICE LEVELLE RANDOLPH, also known as "Weed" or "Weedo," SILVESTER JAMERAL DURRAH, also known as "Lil Dude," PRINCIPAL LEVELL SPRINGER, also known as "Lil Moe," and MICHAEL SAMUEL KNIGHT, | ) ) ) ) | |
| Defendants. | | |

**ORDER SEALING INDICTMENT AND WARRANT**

For cause, it is

ORDERED

That the Indictment and Arrest Warrant in this matter are sealed until the arrest of the first defendant.

Dated this ___3rd___ day of ___May___, 2023.

_____
MARK A. ROBERTS
U.S. MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA