IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 23-CR-1013 |
| vs. | ) |
| MAURICE LEVELLE RANDOLPH, also known as "Weed" or "Weedo," SILVESTER JAMERAL DURRAH, also known as "Lil Dude," PRINCIPAL LEVELL SPRINGER, also known as "Lil Moe," and MICHAEL SAMUEL KNIGHT, | ) |
| Defendants. | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Special Assistant United States Attorney Nicole Nagin hereby enters her appearance as counsel in this case for the Plaintiff, United States of America.

Respectfully submitted,

TIMOTHY T. DUAX
United States Attorney

By, */s/Nicole L. Nagin*

NICOLE L. NAGIN
Special Assistant United States Attorney
111 7th Street, SE Box 1
Cedar Rapids, IA 52401
Telephone: (319) 363-6333
Fax: (319) 363-1990
Nicole.Nagin@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/ TVM